IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHRISTY BIDDLE**   **PLAINTIFF**

v.   **4:20-CV-01369-BRW**

**PERRY COUNTY, ARKANSAS,** *et al.*   **DEFENDANTS**

## ORDER

Pending is Defendants' Motions for Summary Judgment (Doc. Nos. 83). Plaintiff has not responded and the time for doing so has passed.[1]

Plaintiff's Complaint asserts that she was not paid for overtime, in violation of the FLSA.[2] In the pending motion, Defendants assert that Plaintiff was, in fact, paid proper overtime and explains the issues.[3]

On November 22, 2021, I wrote Plaintiff the following:

I have received Defendants' Motion for Summary Judgment, which was filed on November 4, 2021.

I assume that since you have not filed a response, you agree with the Prosecution's position. If you choose not to respond by 5:00 p.m. on Monday, November 29, 2021, I will grant the motion.[4]

Still, no response has been filed. Accordingly, the motion is GRANTED.

IT IS SO ORDERED, this 30th day of November, 2021.

                     Billy Roy Wilson
                     UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's response to the pending motion was due on November 18, 2021.

[2] Doc. No. 1.

[3] Doc. No. 7.

[4] Doc. No. 9.