IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHRISTY BIDDLE**                                                                                       **PLAINTIFF**

**v.**                                              **4:20-CV-01369-BRW**

**PERRY COUNTY, ARKANSAS,** *et al.*                                              **DEFENDANTS**

## JUDGMENT

Based on the order entered today, judgment is entered for Defendants.  This case is CLOSED.

IT IS SO ORDERED, this 30th day of November, 2021.

Billy Roy Wilson<br>
UNITED STATES DISTRICT JUDGE

1